FILED

03/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0417

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0417

_____

IN RE THE EXPUNGEMENT OF
MISDEMEANOR RECORDS OF:

WILLIAM JAMES HAMMERQUIST,

      Petitioner and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 15 2023